**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
KAPLAN INTERNATIONAL NORTH
AMERICA, LLC,

                              Plaintiff,

         -against-

HARRINGTON URBAN LIVING INC.,

                             Defendant.
-------------------------------------------------------------------X

**25 Civ. No. 2195 (OTW)**

**PRE-SETTLEMENT**
**CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, August 19, 2025 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 117 996 770#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference to be held in November 2025.

      SO ORDERED.

DATED:    New York, New York
               August 7, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge